IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00282-LTB

RAMON ORTIZ SALGADO,

    Applicant,

v.

MR. POLK, Warden, S.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 18, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 18 day of March, 2013.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/ S. Grimm
                                      Deputy Clerk